E. A. MARCUS et al., Appellants, v. L. E. ARMER, Appellee. (No. 6967.) Court of Civil Appeals of Texas. San Antonio. June 13, 1928. Appeal from District Court, Travis County; George Calhoun, Judge. White, Wilcox & Graves and J. Harris Gardner, all of Austin, for appellants. Garrett, Brownlee & Goldsmith, of Austin, for appellee.

SMITH, J. The judgment of the trial court will be affirmed, in accordance with the opinion of the Supreme Court of Texas, under date of April 18, 1928 (5 S.W.(2d) 960), answering question certified to said court by the Chief Justice of this court.

## 2

SOUTHERN MUTUAL FIRE INSURANCE COMPANY OF YOAKUM, TEX., Appellant, v. MAZOCH BROTHERS, Appellees. (No. 7239.) Court of Civil Appeals of Texas. Austin. June 13, 1928. Rehearing Denied June 27, 1928. Appeal from District Court, Williamson County; Cooper Sansom, Judge. Luke Mankin, of Georgetown, and H. W. Wallace, of Cuero, for appellant. Wilcox & Graves, of Georgetown, and Wood & Wood, of Granger, for appellees.

McCLENDON, C. J. Upon a former appeal of this case (see opinion, 291 S. W. 257, petition to Supreme Court for writ of error dismissed), we remanded the case to determine the fact issue whether appellant's agent, in soliciting the application for the renewal policy sued upon, acquired the information that additional insurance had been taken out by appellees upon the property covered by the policy. So far, at least, as concerns this court, all the issues of law the present appeal presents were determined in the former appeal, to our opinion in which we refer for a statement of the case and the conclusions therein reached. The last trial was to the court without a jury, and the findings of fact of the trial court, amply supported by evidence, determine the fact issues the appeal involves in favor of appellees. We approve those findings, and, if appellants desire it, they may be copied by the clerk and attached as an exhibit to this opinion. All assignments of error are overruled, for reasons stated in our original opinion, and the trial court's judgment is affirmed.